UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOSE LUIS ORTIZ DELL, | Case No. 2:20-cv-01844-GMN-DJA |
|---|---|
| Petitioner, | ORDER |
| v. | |
| THOMAS E. SEELEY, et al., | |
| Respondents. | |

Petitioner Jose Luis Ortiz Dell has filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241, in which he challenges his continued detention beyond the removal period (ECF No. 1-1).  His application to proceed *in forma pauperis* (ECF No. 1) is granted.  This court has conducted a preliminary review of the petition.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Clerk **SERVE** copies of the petition (ECF No. 1-1) and this order upon respondents as follows:

(1)  By delivering a copy of the petition (ECF No. 1-1) and this order on the United States Attorney for the District of Nevada pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

1

(2)     By sending a copy of the petition (ECF No. 1) and this order by registered or certified mail to the following:  (1) Thomas E. Seeley, Salt Lake City Field Office of U.S. Immigration and Customs Enforcement, 2975 Decker Lake Dr., Suite 100, West Valley City, UT, 84119-6096; (2) Chad F. Wolf, Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC, 20229-0009; (3) William Barr, U.S. Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001; and (4) Warden, Henderson Detention Center, 2190 Mesquite Ave., Pahrump, NV 89060.

**IT IS FURTHER ORDERED** that respondents **FILE AND SERVE** an answer or other response to the petition (ECF No. 1-1) within 20 days of the date that this order is entered, unless for good cause additional time is allowed.

**IT IS FURTHER ORDERED** that respondents and petitioner file all exhibits with a separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments that are filed further must be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.

DATED: 2 November 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE