1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9    JOSE LUIS ORTIZ DELL,                    Case No. 2:20-cv-01844-GMN-DJA
10                             Petitioner,                 ORDER
        v.
11   THOMAS E. SEELEY, et al.,
12                             Respondents.
13

14          This is Jose Luis Ortiz Dell's *pro se* 28 U.S.C. § 2241 habeas corpus petition, in

15   which he challenges his continued detention pending enforcement of his final removal

16   order (ECF No. 5).  Respondents have filed a motion to dismiss the petition as moot

17   because Dell was released from I.C.E. custody at the Henderson Detention Center on

18   November 20, 2020 under an order of supervision (ECF No. 9). Dell did not respond to

19   the motion. *See* L.R. 7-2. Good cause appearing,

20          **IT IS ORDERED** that respondents' motion to dismiss (ECF No. 9) is **GRANTED**.

21          **IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice.

22          **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

23          **IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close

24   this case.

25          DATED: 14 January 2021.

26                                              _____
                                                GLORIA M. NAVARRO
27                                              UNITED STATES DISTRICT JUDGE

28                                      1